FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA DEPARTMENT OF HEALTH AND HUMAN SERVICES *ex rel.*, AMANDA MCFARLAND, individually, and as Relator, and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, <br><br> Plaintiffs, <br><br> v. <br><br> EASTERN WASHINGTON WELLNESS PLLC, a Washington corporation, MEGAN R. CARTER and JOHN DOE CARTER, individually and, their marital community, and as a partner and agent, and INLAND COUNSELING PROFESSIONALS LLC and individual treaters for the corporate defendants EASTERN WASHINGTON WELLNESS, PLLC and INLAND COUNSELING PROFESSIONALS LLC, <br><br> Defendants. | NO:  2:25-CV-0170-TOR <br><br> ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal Without Prejudice (ECF No. 10).  The motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 1, 2026.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2