AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA DEPARTMENT OF HEALTH AND HUMAN SERVICES
ex rel., AMANDA MCFARLAND, individually, and as Relator,
and WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,

*Plaintiff*

v.

EASTERN WASHINGTON WELLNESS PLLC, a Washington corporation,
MEGAN R. CARTER and JOHN DOE CARTER, individually and, their marital community,
and as a partner and agent, and INLAND COUNSELING PROFESSIONALS LLC
and individual treaters for the corporate defendants EASTERN WASHINGTON WELLNESS, PLLC
and INLAND COUNSELING PROFESSIONALS LLC

*Defendant*

)
)
)
)
)
)

Civil Action No. 2:25-CV-0170-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   All claims and causes of action in this matter are DISMISSED without prejudice and without costs or fees to any party. Judgment of Dismissal is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Thomas O. Rice

Date:   6/1/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*